# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

Telesforo Del Valle, Jr.

Email: tdvesq@aol.com

Michael J. Sluka
Lawrence D. Minasian

Fax. (212)481-4853

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Leticia Silva
Legal Assistant

November 3, 2020

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007
-*Via ECF*-

Application granted.

SO ORDERED.

Ronnie Abrams, U.S.D.J.
November 5, 2020

Re:  USA v. Albert Jimenez-Gonzalez
     19 Cr 295 (RA)

**REQUEST FOR RETURN OF TRAVEL DOCUMENT**

Dear Judge Abrams,

Our office represented Mr. Albert Jimenez-Gonzalez in the above referenced matter.

On August 9, 2019, Your Honor sentenced the above-named defendant to twenty-four (24) months of imprisonment, and five (5) years of Supervised Release.

Mr. Albert Jimenez-Gonzalez completed his time of imprisonment and is currently under Supervised Release.

Mr. Jimenez-Gonzalez respectfully requests the return of his travel document, his U.S. Passport, which is in the custody of the U.S. Pretrial Services Office.

Thank you for your consideration to this matter.

Respectfully submitted,

*/S/Telesforo Del Valle Jr.*
Telesforo Del Valle, Jr., Esq.
Del Valle & Associates

Cc:   A.U.S.A. Adam S. Hobson, Esq.
      U.S. Pretrial Services